**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ACE American Insurance Company a/s/o
Mr. and Mrs. Shulman,

                Plaintiff,

      - against -

Michael Cacaro,

                Defendant
------------------------------------------------------------X

19 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

      NOW comes plaintiff, Ace American insurance Company a/s/o Mr. and Mrs. Shulman, and submits its Disclosure Statement pursuant to F.R .Civ.P, Rule 7.1.

      Chubb Group of Insurance Companies is the parent company of Ace American Insurance Company and is a publicly traded company.

Dated: New York, New York
       January **14**, 2019
       115-1496

                CASEY & BARNETT LLC
                Attorneys for Defendant

By:                 _____
                Gregory G. Barnett
                305 Broadway, Suite 1202
                New York, New York 10007
                (212) 286-0225